UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09CR2395JTM |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | ORDER GRANTING JOINT MOTION |
| v. ) | TO CONTINUE SENTENCING |
| ) | HEARING |
| VICTOR APODACA-CAZARES, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, the joint motion to continue the sentencing hearing (Docket No. 53) in this matter until *March 26, 2010 at 9:00 a.m.* is GRANTED.

DATED: February 25, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

1                                    09cr2395JTM